UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

Alpha Flying, Inc.

    v.                                    Civil No. 11-cv-136-PB

United States of America

O R D E R

On September 29, 2011, a preliminary pretrial conference was held in this case.  Attorneys Gary Arber, Anthony Gasaway and Lorri Badolato appeared for plaintiff; Attorney Karen Wozniak appeared for defendant.  The court approves the Proposed Discovery Plan (document no. 13) with the following amendments:

**Mandatory Disclosures**: The parties have agreed to make Rule 26(a)(1) disclosures.

**Requests for Admission**:  A maximum of 50 requests by each party to any other party.

**Depositions**: A maximum number of 10 depositions by plaintiff and 10 by defendant.

The parties concurred with respect to each of the aforementioned amendments.

The key deadlines in the discovery plan are summarized in the chart below:

| Scheduling Designation | Deadline |
|---|---|
| **Completion of Discovery** | November 2, 2012 |
| **Experts and Experts' Written Reports** | Plaintiff: May 2, 2012<br>Defendant: May 2, 2012 |
| • **Experts Rebuttal Reports** | Plaintiff: August 31, 2012<br>Defendant: August 31, 2012 |
| • **Supplementations under Rule 26(3)** | September 28, 2012 |
| **Challenges to Expert Testimony** | December 3, 2012 |
| **Joinder of Additional Parties** | Plaintiff: December 15, 2011<br>Defendant: December 15, 2011 |
| **Third-Party Actions** | December 15, 2011 |
| **Amendment of Pleadings** | Plaintiff: January 31, 2012<br>Defendant: January 31, 2012 |
| **Dispositive Motions** | Dismiss: January 10, 2012<br>Summary Judgment: December 3, 2012 |
| **Trial Date** | Two-week period beginning April 2, 2013 |

_____
Landya B. McCafferty
United States Magistrate Judge

Date: September 29, 2011

cc:   Gary M. Arber, Esq.
      Anthony S. Gasaway, Esq.
      Karen Wozniak, Esq.